UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANE WILSON,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 06-14767

Honorable Nancy G. Edmunds


**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [13]**

This matter comes before the Court on the Magistrate Judge's May 22, 2007 Report and Recommendation [13]. Being fully advised in the premises and having reviewed the record and the pleadings, the Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation.

SO ORDERED.

    s/NANCY G. EDMUNDS
    Nancy G. Edmunds
    United States District Judge

Dated: July 16, 2007


I hereby certify that a copy of the foregoing document was served upon counsel of record on July 16, 2007, by electronic and/or ordinary mail.

    s/Carol A. Hemeyer
    Case Manager